**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHON JOHNSON,<br><br>           Plaintiff(s),<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.<br><br>           Defendant(s). | Case No.    CV-14-8449-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

   Plaintiff was ordered to show cause in writing by not later than **March 12, 2015** why this action should not be dismissed for lack of prosecution;

   WHEREAS, this period has elapsed without any action by plaintiff.

   The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: March 16, 2015

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE